IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Emanuel Kelly, | ) | C/A No.:  3:10-cv-02670-JFA |
| | ) | |
| Plaintiff, | ) | ORDER FOR SUBMISSION |
| vs. | ) | OF DISCOVERY STATUS REPORT |
| | ) | |
| SCANA Energy Marketing, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Each party to this action is requested to complete and file with the Clerk the attached Discovery Status Report within fourteen (14) days from the date of this order.[1]

IT IS SO ORDERED.

March 28, 2011                                            Joseph F. Anderson, Jr.
Columbia, South Carolina                           United States District Judge

---

[1] The Discovery Status Report called for by this order takes the place of the Discovery Telephone Status Call referenced in the court's scheduling order.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

|                                              |   |                          |
|----------------------------------------------|---|--------------------------|
|                                              | ) | C/A No.:                 |
|                                              | ) |                          |
| Plaintiffs,                                  | ) |                          |
| vs.                                          | ) | DISCOVERY STATUS REPORT  |
|                                              | ) |                          |
|                                              | ) |                          |
| Defendants.                                  | ) |                          |
|                                              | ) |                          |
| _____          | ) |                          |

Party Submitting Report:_____

1. Are the parties on track to complete discovery on or before the discovery deadlines set forth in the most current scheduling order?

   ❒  Yes
   ❒  No

2. Indicate the date on which the first set of interrogatories were (or will be) served on your opponent:_____

3. Indicate the date on which the first deposition was (or will be) scheduled:
   _____

4. Indicate what discovery remains to be completed in this case:
   _____
   _____
   _____


Date:_____          _____
                                  Signature

                                  _____
                                  Printed Name and Fed. Bar No.

                                  _____
                                  Party Represented